April 10, 2015

PD-0428-15

Osvaldo Leija-Balderas
TDCJ# 01920122
Fort Stockton Transfer Facility
1536 IH 10 East
Fort Stockton, TX 79735

Clerk of Court of Criminal Appeals
Supreme Court Building
PO Box 12308
Austin, TX 78711

Dear Sir or Madam:

Please be advised I will be filing a petition for discretionary review in the decision 05-14-00648-CR. It will take me at least an additional 90 days to complete this petition as I am working on this myself.

Please advise me what date this petition must be postmarked and any other form I need to submit for this extension.

Thank you in advance for your assistance in this area.

Sincerely, Osvaldo Leija

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk